Edward P. Mossein, as President, etc., Respondent, v. The Empire State Surety Company, Appellant.— Motion for leave to appeal to the Court of

Appeals denied. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.